UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| IN RE: | Case No.: 19-24929-WIL |
| AREND MAARTEN SINGELENBERG | Chapter: 13 |
| Debtor | |

_____

### OBJECTION TO CONFIRMATION OF DEBTOR'S PROPOSED CHAPTER 13 PLAN

COMES NOW, HSBC Bank USA, National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2007-7 ("Creditor"), by and through counsel, and files its Objection to Debtor's Chapter 13 Plan, and as reasons therefor respectfully represents as follows:

1. Creditor is a mortgage lender/servicer.

2. On or about November 7, 2019, Arend Maarten Singelenberg ("Debtor") filed a Voluntary Petition in this Court under Chapter 13 of the United States Bankruptcy Code.

3. Rebecca A. Herr is the Chapter 13 Trustee of the Debtor's bankruptcy estate.

4. Creditor holds a Deed of Trust solely secured by the Debtor's property located in Montgomery County, Maryland, and improved by a residence known as 11420 Strand Drive, Unit R-011 & SP-45, Rockville, MD 20852 (the "Property").

5. On or about November 7, 2019, Debtor filed a Chapter 13 Plan (the "Plan") that states that prepetition arrears owed to Creditor in the amount of $71,803.19 will be treated through the Plan. This amount understates the actual prepetition arrears owed to the Creditor.

6. Objections to the Plan are due by January 28, 2020.

7. The deadline to file a proof of claim is January 16, 2020.

8. Creditor has not yet filed its proof of claim but anticipates filing a proof of claim that will include prepetition arrears of approximately $74,879.84.

9. Debtor's Plan is not feasible in that it proposes a step payment in month 36 that far exceeds the net income stated in Debtor's Schedule J. The Plan proposes to increase Debtor's payment in the final month, month 36, from $300.00 to $71,100.00. This extreme increase in payment is not supported by the Debtor's Schedules, which state a net income of $301.35.

10. Creditor further objects to the month 36 increase on basis of fairness, and argues that

Debtor should not have the option to structure the Chapter 13 Plan such that Creditor's claim goes largely unpaid for three years with a single lump sum payment to cover the full arrears in the final month of the bankruptcy. Debtor's statement on the Plan under Creditor's claim that "Debtor disputes the amount owed" to Creditor should not affect the determination of whether the Plan is confirmed, as such statement is not relevant to such determination.

11. Creditor does not oppose denial of the Plan with leave to amend or continuance, as proper for disposition and processing of this matter.

WHEREFORE, the Creditor its successors and/or assigns prays that this Court:

1. Enter an order DENYING confirmation of the Debtor's Chapter 13 Plan; and

2. Grant such other and further relief as necessary.

Respectfully Submitted,

Dated: November 25, 2019

/s/ Luke McQueen
Luke McQueen, MD Fed. Bar No. N/A
BWW Law Group, LLC
6003 Executive Blvd, Suite 101
Rockville, MD  20852
301-961-6555 (phone)
301-961-6545 (facsimile)
bankruptcy@bww-law.com
*Attorney for the Creditor*

### CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of November, 2019, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Objection to Chapter 13 Plan will be served electronically by the Court's CM/ECF system on the following:

Rebecca A. Herr, Trustee

Michael G Wolff, Esq.

I hereby further certify that on this 25th day of November, 2019, a copy of the Objection to Chapter 13 Plan was also mailed first class mail, postage prepaid, to:

Arend Maarten Singelenberg
11420 Strand Drive
Unit R-011
Rockville, MD 20852

BWW#: MD-184125

Arend Maarten Singelenberg
11420 Strand Drive
Unit 11
Rockville, MD 20852

/s/ Luke McQueen
Luke McQueen, MD Fed. Bar No. N/A
BWW Law Group, LLC
6003 Executive Blvd, Suite 101
Rockville, MD  20852
301-961-6555 (phone)
301-961-6545 (facsimile)
bankruptcy@bww-law.com
*Attorney for the Creditor*

BWW#: MD-184125