# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### Greenbelt Division

IN RE:  Case No.: 19-24929-LSS

AREND MAARTEN SINGELENBERG  Chapter: 13

    Debtor

_____

### OBJECTION TO CONFIRMATION OF DEBTOR'S PROPOSED CHAPTER 13 PLAN

    COMES NOW, HSBC Bank USA, National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2007-7 ("Creditor"), by and through counsel, and files its Objection to Debtor's Chapter 13 Plan, and as reasons therefor respectfully represents as follows:

    1.    Creditor is a mortgage lender/servicer.

    2.    On or about November 7, 2019, Arend Maarten Singelenberg ("Debtor") filed a Voluntary Petition in this Court under Chapter 13 of the United States Bankruptcy Code.

    3.    Rebecca A. Herr is the Chapter 13 Trustee of the Debtor's bankruptcy estate.

    4.    Creditor holds a Deed of Trust solely secured by the Debtor's property located in Montgomery County, Maryland, and improved by a residence known as 11420 Strand Drive, Unit R-011 & SP-45, Rockville, MD 20852 (the "Property").

    5.    On or about February 22, 2019, Debtor filed a Chapter 13 Plan (the "Plan") that states that prepetition arrears owed to Creditor in the amount of $71,803.19 will be treated through the Plan. This amount understates the actual prepetition arrears owed to the Creditor which is $74,879.84

    6.    Creditor filed a timely allowed Proof of Claim on December 2, 2019 (Claim No. 2)

listing $74,879.84 as a pre-petition arrearage.

    9.    Debtor's Plan is underfunded and is therefore not confirmable.

    10.    Creditor does not oppose denial of the Plan with leave to amend or continuance, as proper for disposition and processing of this matter.

BWW#: MD-184125

WHEREFORE, the Creditor its successors and/or assigns prays that this Court:

1. Enter an order DENYING confirmation of the Debtor's Chapter 13 Plan; and

2. Grant such other and further relief as necessary.

Respectfully Submitted,

Dated: <u>March 16, 2020</u>

/s/ *Randa Azzam*
Randa S Azzam, MD Fed. Bar No. 22474
Attorney
BWW Law Group, LLC
6003 Executive Blvd, Suite 101
Rockville, MD  20852
301-961-6555 (phone)
301-961-6545 (facsimile)
bankruptcy@bww-law.com
*Attorney for the Creditor*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of March, 2020, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Objection to Chapter 13 Plan will be served electronically by the Court's CM/ECF system on the following:

Rebecca A. Herr, Trustee

Michael G Wolff, Esq.

I hereby further certify that on this 16th day of March, 2020, a copy of the Objection to Chapter 13 Plan was also mailed first class mail, postage prepaid, to:

Arend Maarten Singelenberg
11420 Strand Drive
#11
Rockville, MD 20852

/s/ *Randa Azzam*
Randa S Azzam, MD Fed. Bar No. 22474
Attorney
BWW Law Group, LLC

BWW#: MD-184125

                                              6003 Executive Blvd, Suite 101
                                              Rockville, MD  20852
                                              301-961-6555 (phone)
                                              301-961-6545 (facsimile)
                                              bankruptcy@bww-law.com
                                              *Attorney for the Creditor*